**Glenn DAVIS, Plaintiff–Appellant,**

v.

**CITY OF TUCSON, Defendant–Appellee.**

**No. 01–17102.**

**D.C. No. CV–00–00032–WDB.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Glenn Davis appeals pro se the district court's summary judgment dismissing his Title VII action alleging race, national origin, gender, religion and disability discrim-

* Because the panel unanimously finds this case suitable for decision without oral argument, Davis' request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

ination and retaliation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's summary judgment, *Margolis v. Ryan*, 140 F.3d 850, 852 (9th Cir.1998), and we affirm.

The district court properly granted summary judgment on Davis's Title VII claims because Davis failed to raise a genuine issue of material fact as to whether his employer terminated him due to a discriminatory or retaliatory motive. *See Sischo–Nownejad v. Merced Comm. College Dist.*, 934 F.2d 1104, 1109–10 (9th Cir.1991) (discrimination); *Hashimoto v. Dalton*, 118 F.3d 671, 679 (9th Cir.1997) (retaliation).

Davis's remaining contentions lack merit.

All outstanding motions are denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.